**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR17-7-RSL |
| Plaintiff, | |
| v. | DETENTION ORDER |
| RAFE CAMP, | |
| Defendant. | |

Offense charged:

    Count 1:    Escape From Custody

Date of Detention Hearing:  January 18, 2017

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has stipulated to detention due to being already held in custody on another matter, but reserves the right to contest his continued detention if there is a change in circumstances.

    2.    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 18th day of January, 2017.

_James P. Donohue_

JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2